UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:17-CV-00177-GNS

JASON CHILDRESS     PLAINTIFF

VS.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security     DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court adopts the findings of fact and conclusions of law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that judgment is GRANTED for the Commissioner.

This is a final and appealable Order and there is no just cause for delay.

Greg N. Stivers, Judge
United States District Court
September 25, 2018

Copies:     Counsel